# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-18-00446-CV
_____

## IN RE TEXAS WINDSTORM INSURANCE ASSOCIATION

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-201,392**

### ORDER

Texas Windstorm Insurance Association filed a petition for writ of mandamus. Dolores Gonzalez is the real party in interest in the proceeding before us here. Relator, Texas Windstorm Insurance Association, seeks a writ compelling the Judge of the 136th District Court to vacate the trial court's November 2, 2018 Order Denying Defendant's Motion for Protection and Compelling the Deposition of Texas Windstorm Insurance Association's Corporate Representative. We note our

1

jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2018).

Relator requests that the trial court's order compelling discovery be stayed as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's November 2, 2018 Order is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED December 6, 2018.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.